USDC KYWD - Notice Of Hearing (Rev. 11/13)

# United States District Court
# Western District of Kentucky
# at Fort Knox

UNITED STATES OF AMERICA
V.
JUSTIN MCFALL

**NOTICE OF HEARING**

CASE NUMBER: 3:19-mj-384

TYPE OF CASE:

☐ CIVIL          ☒ CRIMINAL

☒  TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | COURTROOM |
|---|---|
| Fort Knox:<br>Bldg. 1310 Knox Street<br>Pike Hall - 3rd Fl.<br>Fort Knox, Ky. 40121-500 | Room 330 |
| | DATE AND TIME<br>November 15, 2019  -  8:00 AM |

TYPE OF PROCEEDING
Initial Appearance

Regina S. Edwards

September 10, 2019

Ashley Henry
(BY) Deputy Clerk