UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

22 FEB -8 PM 1: 17

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        CASE NO.  3:19-mj-00384-RSE-1

Justin L. McFall                                            DEFENDANT

### NOTICE OF SUBSTITUTION OF COUNSEL

Special Assistant United States Attorney Jared Heslop hereby enters his appearance of
record on behalf of the United States of America.  Please remove Charles R. Allen, Jr. as counsel
of record in the above-styled case and he should also be removed from the electronic notification
process.

Respectfully Submitted,

Michael A. Bennett
United States Attorney

Jared Heslop
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Knox, Kentucky 40121