# United States District Court
# Western District of Kentucky
# at Fort Knox

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO.   3:19MJ-384 |
| JUSTIN MCFALL | DEFENDANT |

## ORDER

On November 22, 2022, United States Magistrate Judge Colin H. Lindsay, held an initial appearance on this matter via video conference.   Special Assistant United States Attorney Bradley Patrick appeared on behalf of the United States.   The defendant was present from Oldham County Detention Center.   The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The defendant was questioned under oath regarding his ability to afford counsel and was found eligible for appointed counsel.   The Court appointed the Office of Federal Defender to represent the defendant.   Assistant Federal Defender Aaron Dyke was present on the video and accepted the appointment.

The defendant, through counsel, consented to proceed with this hearing via video conference.

The United States did not move for detention.   Accordingly,

**IT IS HEREBY ORDERED** that the defendant is released on his own recognizance and ordered to appear on **January 20, 2023, at 8:00 a.m**. at Fort Knox, Pike Hall, for further proceedings.

:15

November 29, 2022

Colin H Lindsay, Magistrate Judge
United States District Court